IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSE DIVISION

|  |  |
|---|---|
| DINA PARTIN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:20 cv 00065 (RH) |
| ) | |
| AMTEC LESS LETHAL SYSTEMS, INC., ) | |
| Defendant. ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant AMTEC Less Lethal Systems, Inc., ("ALS"), by and through undersigned counsel, and without conceding jurisdiction (*see* ALS's March 6, 2020, Motion to Dismiss for Lack of Diversity Jurisdiction, ECF #5), files its Corporate Disclosure Statement identifying any parent corporation and any publicly held corporation that owns 10% or more of its stock or stating that there is no such corporation.  ALS states as follows:

ALS's parent company is PACEM Defense LLC, a Virginia Limited Liability Company, and no publicly held entity owns 10% or more of ALS's stock.

/s/ David L. McGee
David L. McGee
FL Bar No. 220000
BEGGS & LANE RLLP
501 Commendencia Street
Pensacola, FL  32502
(850) 432-2451
dlm@beggslane.com
Attorneys for Defendant
AMTEC LESS LETHAL
SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I CERTIFY that a copy hereof has been filed via CM/ECF for electronic distribution to the following on March 13, 2020:

Matthew D. MacNamara
Robert M. Scott
J. Clint Wallace
SCOTT & WALLACE LLP
209 E. Brevard St.
Tallahassee, FL  32301

 

/s/ David L. McGee
David L. McGee
FL Bar No. 220000
BEGGS & LANE RLLP
501 Commendencia Street
Pensacola, FL  32502
(850) 432-2451
dlm@beggslane.com
Attorneys for Defendant
AMTEC LESS LETHAL
SYSTEMS, INC