UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DINA PARTIN,**

    **Plaintiff,**

v.                                          **CASE NO.:4:20-cv-00065-RH-CAS**

**AMTEC LESS LETHAL
SYSTEMS, INC,**

    **Defendant.**

_____/

## **PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff, DINA PARTIN, by and through the undersigned attorney of record and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant, AMTEC LESS LETHAL SYSTEMS, INC., without prejudice.

Defendant has neither filed an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                 Respectfully submitted this 16th day of March 2020.

*/s/ Matthew D. MacNamara*
Matthew D. MacNamara
Florida Bar No. 113002
matt@scottandwallacelaw.com
SCOTT & WALLACE LLP
209 E. Brevard St.
Tallahassee, Florida 32301
Telephone:  (850) 222-7777
Facsimile:  (850) 222-7778

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of March 2020, the foregoing Plaintiff's Notice of Dismissal of Complaint was served on counsel for Defendant via this Court's CM/ECF filing system, as well as by facsimile and electronic mail:

> David L. McGee
> dlm@beggslane.com
> BEGGS & LANE RLLP
> 501 Commendencia St.
> Pensacola, FL 32502
> Telephone: (850) 469-3332
> Facsimile: (850) 469-3331
> Attorney for Defendant

*/s/ Matthew D. MacNamara*
Matthew D. MacNamara (#113002)
